IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CHARGE ENTERPRISES, INC., | ) | Bankruptcy Case No.: 24-10349-TMH |
| | ) | Bankr. BAP No. 25-0022 |
| Debtor. | ) | |
| _____ | ) | |
| AI AMPED 1 LLC, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-520-MN |
| | ) | |
| CRAIG DENSON, et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **2nd day of September 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties to the above-captioned appeal participated in mediation before a private mediator on July 29, 2025;

WHEREAS the parties filed a status report on August 19, 2025, stating that the mediation did not result in a settlement;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

                                                 _____
                                                 Christopher J. Burke
                                                 UNITED STATES MAGISTRATE JUDGE