IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHARGE ENTERPRISES, INC.,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 24-10349 (TMH)<br>(Bankr. D. Del.) |
| AI AMPED 1 LLC, et al.,<br><br>                        Appellants,<br><br>    v.<br><br>CRAIG DENSON, et al.,<br><br>                        Appellees. | C.A. No. 25-520 (MN) |

**ORDER**

At Wilmington, this 16th day of September 2025;

WHEREAS, on September 2, 2025, Magistrate Judge Christopher J. Burke issued an Order (D.I. 9) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before September 30, 2025, the parties shall submit a proposed briefing schedule.

                                                                  */s/ Maryellen Noreika*
                                                                  The Honorable Maryellen Noreika
                                                                  United States District Judge